JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendants
SMITH'S FOOD & DRUG CENTERS, INC.
THE KROGER CO.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN SNYDER, individually, and as Administrator of the Estate of Shirley Snyder; ERNIE SNYDER, individually; and SANDFORD SNYDER individually;<br><br>Plaintiffs,<br><br>vs.<br><br>SMITH'S FOOD AND DRUG CENTERS, INC, a foreign corporation, KROGER CO. a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:22-cv-02029-RFB-NJK<br><br>**STIPULATION AND ORDER TO DISMISS DEFENDANT KROGER CO., WITHOUT PREJUDICE** |

WHEREAS, counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC. has represented that the SMITH'S grocery store involved in this litigation and the electric cart used by decedent, Shirley Snyder, at the time of her accident at the SMITH'S store in question, were owned and controlled by SMITH'S and that Defendant, THE KROGER CO., is not a necessary party to this litigation;

IT IS HEREBY STIPULATED by and between SMITH'S FOOD & DRUG CENTERS, INC., ("SMITH'S") by and through its counsel, JERRY S. BUSBY, ESQ., of the law firm COOPER LEVENSON, P.A., and Plaintiffs STEPHEN SNYDER, individually, and as Administrator of the

/ / /

/ / /

/ / /

CLAC 7277548.1

Estate of Shirly Snyder, et. al., by and through their counsel, JACOB S. SMITH, ESQ. of the law firm HENNESS & HAIGHT, that Defendant THE KROGER CO. be dismissed from this case, without prejudice.

DATED this 11th day of January, 2023.

| HENNESS & HAIGHT | COOPER LEVENSON, P.A |
|---|---|
| /s/ Jacob S. Smith<br>JACOB S. SMITH, ESQ.<br>Nevada Bar No. 010231<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>(702) 862-8200<br>Attorneys for Plaintiffs<br>STEPHEN SNYDER, et. al. | /s/ Jerry S. Busby<br>JERRY S. BUSBYE, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendants<br>SMITH'S FOOD & DRUG CENTERS, INC.<br>THE KROGER CO. |

**ORDER**

IT IS SO ORDERED:

DATED this __13th__ day of Janaury, 2023.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

CLAC 7277548.1

2