JERRY S. BUSBY
Nevada Bar #001107
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN SNYDER, individually, and as Administrator of the Estate of Shirley Snyder; ERNIE SNYDER, individually; and SANDFORD SNYDER individually;<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC,, a foreign corporation; DOES I through X, inclusive; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　　Defendants. | Case No. 2:22-cv-02029-RFB-NJK<br><br>**STIPULATION FOR DISMISSAL**<br>**WITH PREJUDICE** |

　　　WHEREAS, the parties and their counsel of record participated in a voluntary private mediation on October 26, 2023 which resulted in a full and final settlement of this case and all claims therein;

　　　IT IS HEREBY STIPULATED AND AGREED by and between JERRY S. BUSBY, ESQ. of the law firm COOPER LEVENSON, P.A., counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC., and JACOB S. SMITH, ESQ. of the law firm HENNESS & HAIGHT, counsel for Plaintiffs STEVEN SNYDER, individually, and as Administrator of the Estate of Shirley Snyder; ERNIE SNYDER; and SANDFORD SNYDER as follows:

　　　1.　　Any and all claims of STEVEN SNYDER, individually, and/or as Administrator of the Estate of Shirley Snyder; ERNIE SNYDER and SANDFORD SNYDER herein against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own attorney's fees and costs; and

NG-C2N3CBX6 4873-7704-3101.1

2. That any dates remaining on the Court's docket be vacated.

Respectfully submitted this 4th day of March, 2024.

| HENNESS & HAIGHT | COOPER LEVENSON, P.A. |
|---|---|
| /s/ Jacob S. Smith<br>JACOB S. SMITH, ESQ.<br>Nevada Bar No. 10231<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada  89148<br>(702) 862-8200<br>Attorneys for Plaintiffs<br>STEVEN SNYDER, individually,<br>and as Administrator of the Estate<br>of Shirley Snyder; ERNIE SNYDER<br>and SANDFORD SNYDER | /s/ Jerry S. Busby<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 001107<br>3016 West Charleston Boulevard - #195<br>Las Vegas, Nevada  89102<br>(702) 366-1125<br>Attorneys for Defendant<br>SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED.**

DATED: March 5, 2024.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT COURT JUDGE**

2

NG-C2N3CBX6 4873-7704-3101.1